# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>JORAEL E. MAY | )<br>)<br>) Case No: 04-00246-03-CR-W-ODS<br>) USM No: 17821-045<br>) |
| Date of Original Judgment: 12/05/2005<br>Date of Previous Amended Judgment: 04/15/2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) STEVE MOSS, AFPD<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168   months **is reduced to**   140 months.   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/05/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   11/10/2011                                              s/ Nanette K. Laughrey
                                                                                        *Judge's signature*

Effective Date:                                                         NANETTE LAUGHREY, United States District Judge
*(if different from order date)*                                        *Printed name and title*